**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

JUL 09 2026

AT COVINGTON
Robert R. Carr
CLERK US DISTRICT COURT

UNITED STATES OF AMERICA

V.                                             INDICTMENT NO. 26-74-KKC-MAS

COLLIN THOMAS

\*   \*   \*   \*   \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about September 11, 2025, in Fayette County, in the Eastern District of Kentucky,

### COLLIN THOMAS

knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about September 18, 2025, in Fayette County, in the Eastern District of Kentucky,

### COLLIN THOMAS

knowingly and intentionally distributed 40 grams or more of a mixture or substance

containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

Before the Defendant committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely a conviction under 21 U.S.C. § 841(a)(1) for Distribution of 5 Grams or More of Methamphetamine in the United States District Court for the Eastern District of Kentucky, Case No. 2:21-CR-07-DLB, for which he served more than 12 months imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

**A TRUE BILL**

JASON D. PARMAN
**FIRST ASSISTANT UNITED STATES ATTORNEY**

KYLE M. WINSLOW
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**     Not more than 20 years imprisonment, a $1,000,000 fine, and 3 years supervised release.

**If a prior conviction for a felony drug offense**, not more than 30 years imprisonment, a fine of not more than $2,000,000, and at least 6 years supervised release.

**COUNT 2:**     Not less than 5 years and not more than 40 years imprisonment, a fine of not more than $5,000,000, and at least 4 years supervised release.

**If a prior conviction for a serious drug felony**, not less than 10 years and not more than life imprisonment, a fine of not more than $8,000,000, and at least 8 years supervised release.

**PLUS:**     Mandatory special assessment of $100 per count.

**PLUS:**     Restitution, if applicable.